# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gallagher, Stephanie A. | 2. Court or Organization<br><br>U.S. District Court - Maryland | 3. Date of Report<br><br>06/11/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States District Court, Chambers 8C
101 W. Lombard Street
Baltimore, MD 21201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary/Board Member | Federal Bar Association - Maryland Chapter |
| 2. | Board Member | Institute of Notre Dame |
| 3. | Board Member | Sister's Circle |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gallagher, Stephanie A. | 06/11/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Mylan, Inc. (salary) |
| 2. 2017 | Self-employed (consultant) |
| 3. 2017 | Patomak Global Partners (salary) |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gallagher, Stephanie A. | 06/11/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ▨ | Tuition | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gallagher, Stephanie A. | 06/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Bank of Ireland (cash) | A | Interest | J | T | | | | | |
| 2.  Suntrust (cash) | A | Interest | K | T | | | | | |
| 3.  IRA #1 (H) | | | | | | | | | |
| 4.  American Funds, Europacific Growth Fund (AEPGX) | B | Dividend | L | T | Buy (add'l) | 07/18/17 | J | | |
| 5.  American Funds, Growth Fund of America (AGTHX) | D | Dividend | M | T | Buy (add'l) | 07/18/17 | J | | |
| 6.  American Funds, New World Fund (NEWFX) | B | Dividend | L | T | Buy (add'l) | 07/18/17 | J | | |
| 7.  American Funds, American Small Cap World Fund (SMCWX) | C | Dividend | L | T | Buy (add'l) | 07/18/17 | J | | |
| 8.  American Funds, Washington Mutual Investors Fund (AWSHX) | C | Dividend | L | T | Buy (add'l) | 07/18/17 | J | | |
| 9.  IRA #2 (H) | | | | | | | | | |
| 10.  American Funds, Europacific Growth Fund (AEPGX) | A | Dividend | K | T | | | | | |
| 11.  American Funds, Growth Fund America (AGTHX) | B | Dividend | K | T | | | | | |
| 12.  American Funds, New World Fund (NEWFX) | A | Dividend | J | T | | | | | |
| 13.  American Funds, American Small Cap World Fund (SMCWX) | B | Dividend | K | T | | | | | |
| 14.  IRA #3 (H) | | | | | | | | | |
| 15.  American Funds, Europacific Growth Fund (AEPGX) | A | Dividend | J | T | | | | | |
| 16.  American Funds, Growth Fund America (AGTHX) | B | Dividend | K | T | | | | | |
| 17.  American Funds, New World Fund (NEWFX) | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gallagher, Stephanie A. | 06/11/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 401(k) #1 (H) | | | | | | | | | |
| 19. JPMorgan Smart Retirement 2035 Cl R5 (SRJIX) | A | Dividend | J | T | Buy | 06/02/17 | J | | |
| 20. 401(k) #2 (H) | | | | | | | | | |
| 21. JPMorgan Smart Retirement 2035 Cl R5 (SRJIX) (X) | A | Dividend | K | T | | | | | |
| 22. 529 #1 (H) | | | | | | | | | |
| 23. T Rowe Price MD 529 Plan Portfolio 2021 | | None | M | T | | | | | |
| 24. 529 #2 (H) | | | | | | | | | |
| 25. T Rowe Price MD 529 Plan Portfolio 2024 | | None | L | T | | | | | |
| 26. Dan Gallagher Group LLC (H) | | | | | | | | | |
| 27. Wells Fargo (cash) (X) (Y) | | | | | | | | | |
| 28. Symbiont (stock options) (X) | | None | L | U | | | | | |
| 29. MISC HOLDINGS (H) | | | | | | | | | |
| 30. Goldman Sachs Long Short Credit Strategies Fund Class A (GSAWX) | A | Dividend | | | Sold | 05/31/17 | J | | |
| 31. Baird Aggregate Bond Fund Class Investor (BAGSX) | A | Dividend | | | Sold | 05/31/17 | J | | |
| 32. JP Morgan Disciplined Equity Fund Class A (JDEAX) | A | Dividend | | | Sold | 05/31/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gallagher, Stephanie A. | 06/11/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Our personal accounts at Citibank and Wells Fargo became unreportable during a prior reporting period and therefore are omitted from this filing.

Part VII: Holdings in IRAs #1-3 were listed cumulatively in 2016, but they have been split in 2017 for ease of reporting. As a result of this formatting change, multiple entries in this report correspond to single line items in the 2016 report. There were no reportable transactions for these holdings.

Part VII: In this report, Dan Gallagher Group, LLC is listed as a header instead of a holding. Reportable assets of this consulting company are identified separately.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephanie A. Gallagher**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544